**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

BRIAN J. KAREM,

        *Plaintiff*,

  v.

DONALD J. TRUMP, in his official capacity as
President of the United States and in his individual
capacity; and STEPHANIE GRISHAM, in her
official capacity as White House Press Secretary and
in her individual capacity,

        *Defendants*.

**Case No.**

---

### CERTIFICATE OF NOTICE PURSUANT TO LOCAL RULE 65.1(a)

I, Theodore J. Boutrous, Jr., counsel for Plaintiff Brian J. Karem, hereby certify that

counsel for the Plaintiff made the following efforts to give notice of the time of making the

application for a temporary restraining order, and copies of all pleadings and papers filed in this

action:

(a) emailed James Burnham, Deputy Assistant Attorney General, Federal Programs

Branch, Civil Division at the United States Department of Justice at

James.M.Burnham@usdoj.gov and provided the pleadings and papers filed in the action to date

or to be presented to the Court at the hearing.

Dated: August 20, 2019

Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Ave.,
Los Angeles, California 90071
Tel:  (213) 229-7804
tboutrous@gibsondunn.com

Thomas H. Dupree Jr. (D.C. Bar No. 467195)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  (202) 955-8547
tdupree@gibsondunn.com

Anne Champion (*pro hac vice forthcoming*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Tel:  (212) 351-5361
achampion@gibsondunn.com

*Counsel for Plaintiff Brian J. Karem*