IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN J. KAREM,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States and in his individual capacity; and STEPHANIE GRISHAM, in her official capacity as White House Press Secretary and in her individual capacity,<br><br>*Defendants*. | **Case No.** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for a Preliminary Injunction and the Memorandum of Law, declarations, and materials filed in support thereof, it is hereby

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction is GRANTED. Defendants shall immediately rescind the suspension of Plaintiff Karem's White House hard pass and restore the pass to him.

**SO ORDERED** this ___ day of _____ 2019.

_____
United States District Judge