IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN J. KAREM,<br><br>    *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States and in his individual capacity; and STEPHANIE GRISHAM, in her official capacity as White House Press Secretary and in her individual capacity,<br><br>    *Defendants*. | Case No. |

# [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for a Temporary Restraining Order and the Memorandum of Law, declarations, and materials filed in support thereof, it is hereby

**ORDERED** that Plaintiff's Motion for a Temporary Restraining Order is GRANTED. Defendants shall immediately rescind the suspension of Plaintiff Karem's White House hard pass and restore the pass to him pending resolution of Plaintiffs' Motion for a Preliminary Injunction.

**SO ORDERED** this ___ day of _____ 2019.

_____
United States District Judge