IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN J. KAREM,<br><br>            Plaintiff,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States and in his individual capacity; and STEPHANIE GRISHAM, in her official capacity as White House Press Secretary and in her individual capacity,<br><br>            Defendants. | **Case No.** |

**DECLARATION OF THEODORE J. BOUTROUS, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, THEODORE J. BOUTROUS, JR., hereby declare under penalty of perjury the following:

1. My name is Theodore J. Boutrous, Jr. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP and a member of the bar of this Court. I represent Plaintiff Brian Karem ("Karem") in the above-captioned action. By virtue of my direct involvement in this matter, I have personal knowledge of the content of this declaration, and I could and would competently testify to the truth of the matters stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of an article by Rachel Oswald written for the National Press Club entitled "Former jailed police reporter to call for national shield law, 6 pm June 1," dated May 6, 2015, available at https://www.press.org/news-multimedia/news/former-jailed-police-reporter-call-national-shield-law-6-pm-june-1.

3. Attached as **Exhibit 2** is a true and correct copy of an article by Katie Rogers of *The New York Times* entitled "White House Hosts Conservative Internet Activists at a 'Social Media Summit,'" dated July 11, 2019, available at https://www.nytimes.com/2019/07/11/us/politics/white-house-social-media-summit.html.

4. Attached as **Exhibit 3** is a true and correct copy of an article by Megan Vazquez, published by CNN Politics, entitled "Trump called supporter after mocking him during a rally over 'a serious weight problem,'" dated August 16, 2019, available at https://www.cnn.com/2019/08/16/politics/donald-trump-supporter-weight-new-hampshire-rally/index.html.

5. Attached as **Exhibit 4** is a true and correct copy of a letter from Defendant Stephanie A. Grisham ("Grisham") to Karem dated August 2, 2019.

6. Attached as **Exhibit 5** is a true and correct copy of a letter from me to Grisham dated August 5, 2019.

7. Attached as **Exhibit 6** is a true and correct copy of a letter from Grisham to me dated August 6, 2019.

8. Attached as **Exhibit 7** is a true and correct copy of a series of emails between Grisham and my colleagues dated August 8, 2019.

9. Attached as **Exhibit 8** is a true and correct copy of a letter from me to Grisham dated August 8, 2019.

10. Attached as **Exhibit 9** is a true and correct copy of a signed statement written by Karem to Grisham dated August 9, 2019.

11. Attached as **Exhibit 10** is a true and correct copy of a letter from Grisham to me dated August 16, 2019.

12. Attached as **Exhibit 11** is a true and correct copy of a series of emails between Karem and Grisham and Anne H. LeHardy dated July 8 to July 16, 2019.

13. Attached as **Exhibit 12** is a true and correct copy of an article by Callum Borchers of *The Washington Post* entitled "'You're a parent!' Things got personal in the White House briefing room," dated June 14, 2018, available at https://www.washingtonpost.com/news/the-fix/wp/2018/06/14/youre-a-parent-things-got-personal-in-the-white-house-briefing-room/.

14. Attached as **Exhibit 13** is a true and correct copy of an article by Morgan Gstalter of *The Hill* entitled "Fox News' Jesse Watters: Reporters who act like 'a wild animal' should lose press passes," dated June 14, 2018, available at https://thehill.com/business-a-lobbying/392388-fox-news-jesse-watters-says-reporters-acted-like-wild-animals-for.

15. Attached as **Exhibit 14** is a true and correct copy of an article by Karem, published in *Playboy*, entitled "An Ode to Sarah Huckabee Sanders From the Enemy," dated June 18, 2019, available at https://www.playboy.com/read/an-ode-to-sarah-huckabee-sanders-from-the-enemy.

16. Attached as **Exhibit 15** is a true and correct copy of an article by Michael M. Grynbaum of *The New York Times* entitled "Donald Trump's News Session Starts War With and Within Media," dated January 11, 2017, available at https://www.nytimes.com/2017/01/11/business/media/donald-trump-buzzfeed-cnn.html.

17. Attached as **Exhibit 16** is a true and correct copy of a Tweet by President Donald J. Trump (@realDonaldTrump), dated February 17, 2017 at 4:48 p.m., available at https://twitter.com/realDonaldTrump/status/832708293516632065.

18.     Attached as **Exhibit 17** is a true and correct copy of a Tweet by President Donald J. Trump (@realDonaldTrump), dated July 2, 2017 at 9:21 a.m., available at https://twitter.com/realDonaldTrump/status/881503147168071680.  Embedded in the Tweet is video depicting President Trump tackling and punching a man with a CNN logo superimposed on the man's face.

19.     Attached as **Exhibit 18** is a true and correct copy of a Tweet by President Donald J. Trump (@realDonaldTrump), dated December 11, 2017 at 9:17 a.m., available at https://twitter.com/realDonaldTrump/status/940223974985871360.

20.     Attached as **Exhibit 19** is a true and correct copy of a Tweet by President Donald J. Trump (@realDonaldTrump), dated January 23, 2018 at 6:31 a.m., available at https://twitter.com/realDonaldTrump/status/955764970590961665.

21.     Attached as **Exhibit 20** is a true and correct copy of an article by Patrick Smith of Buzzfeed News entitled "Trump Refused to Answer a Question from a CNN Reporter in a Press Conference with Theresa May," dated July 13, 2018, available at https://www.buzzfeed.com/patricksmith/trump-refused-to-answer-a-question-from-a-cnnreporter-in-a.

22.     Attached as **Exhibit 21** is a true and correct copy of an article by Chris Cillizza of CNN entitled "The 43 most staggering lines from Donald Trump's Indiana speech," dated August 31, 2018, available at https://www.cnn.com/2018/08/31/politics/donald-trump-evansville-speech/.

23. Attached as **Exhibit 22** is a true and correct copy of an article by Phil McCausland of NBC News entitled "White House bans CNN reporter from Rose Garden event after she peppers Trump with tough questions on Russia, Cohen," dated July 25, 2018, available at https://www.nbcnews.com/politics/white-house/white-house-bans-cnn-reporter-rose-garden-event-after-she-n894686.

24. Attached as **Exhibit 23**, contained on electronic media, is a true and correct copy of video published by C-SPAN of President Donald J. Trump's November 7, 2018 press conference. The exchange between President Donald J. Trump and Jim Acosta can be viewed at 27:31 to 30:13.

25. Attached as **Exhibit 24** is a true and correct copy of an article by Philip Bump of *The Washington Post* entitled "Reporters tried to correct Trump's incorrect data on immigration. It was … not effective," dated February 15, 2019, available at https://www.washingtonpost.com/politics/2019/02/15/reporters-tried-correct-trumps-incorrect-data-immigration-it-was-not-effective/.

26. Attached as **Exhibit 25** is a true and correct copy of an article by Andrew Simpson of *DCTribune* entitled "Trump Goes Ballistic, Freaks Out On Reporter Who Called Him Out On His Lies 'Quiet, Quiet, Quiet,'" available at http://dctribune.org/trump-goes-ballistic-freaks-out-on-reporter-who-called-him-out-on-his-lies-quiet-quiet-quiet/.

27. Attached as **Exhibit 26** is a true and correct copy of an article by Karem published by *Playboy* entitled "On Trump's Reaction to Mueller's Testimony," dated July 25, 2019, available at https://www.playboy.com/read/mueller-testimony.

28. Attached as **Exhibit 27** is a true and correct copy of an article by Brent D. Griffiths, published by *Politico*, entitled "Trump on Gianforte: 'Any guy who can do a body slam is my kind of guy,'" dated October 18, 2018, available at https://www.politico.com/story/2018/10/18/trump-gianforte-body-slam-praise-915047.

29. Attached as **Exhibit 28** is a true and correct copy of an article by Philip Rucker and Josh Dawsey of *The Washington Post* entitled "White House bans four journalists from covering Trump-Kim dinner because of shouted questions," dated February 27, 2019, available at https://www.washingtonpost.com/politics/white-house-bans-four-journalists-from-covering-trump-kim-dinner-because-of-shouted-questions/2019/02/27/36e1d26c-3a8d-11e9-a2cd-307b06d0257b_story.html.

30. Attached as **Exhibit 29** is a true and correct copy of an article by Lindsey Bever of *The Washington Post* entitled "'You're a very rude person.' 'That's enough.' 'Sit down.' Trump's news conference turns hostile," dated November 7, 2018, available at https://www.washingtonpost.com/politics/2018/11/07/youre-very-rude-person-thats-enough-sit-down-trumps-news-conference-turns-hostile/.

31. Attached as **Exhibit 30** is a true and correct copy of a transcript of a hearing before Judge Timothy J. Kelly in *Cable News Network, Inc. v. Trump*, No. 18-cv-2610, Dkt. No. 22 (D.D.C. Nov. 16, 2019).

32. Attached as **Exhibit 31** is a true and correct copy of a briefing statement published by the White House entitled "Remarks by President Trump Before Marine One Departure," dated November 9, 2018, available at https://www.whitehouse.gov/briefingsstatements/remarks-president-trump-marine-one-departure-23/.

33. Attached as **Exhibit 32** is a true and correct copy of an article published by the BBC entitled "Trump threatens Time journalist with prison over photo," dated June 21, 2019, available at https://www.bbc.com/news/world-us-canada-48696131.

34. Attached as **Exhibit 33** is a true and correct copy of a statement published by the Reporters Committee for Freedom of the Press entitled "RCFP concerned by White House's 'preliminary decision' to suspend Brian Karem's hard pass," dated August 9, 2019, available at https://www.rcfp.org/rcfp-statement-concerned-suspend-karem-hard-pass/.

35. Attached as **Exhibit 34** is a true and correct copy of a statement published by the White House Correspondents Association, available at https://whca.press/statement-on-white-house-hard-pass/.

36. Attached as **Exhibit 35** is a true and correct copy of a transcript of a segment aired on National Public Radio, published under the title "White House Social Media Summit Recap," dated July 13, 20189, available at https://www.npr.org/2019/07/13/741485104/white-house-social-media-summit-recap.

37. Attached as **Exhibit 36** is a true and correct copy of an article by Alex Pappas of Fox News entitled "Trump hosts conservative firebrands for social media summit: 'We're not going to be silenced,'" dated July 11, 2019, available at https://www.foxnews.com/politics/white-house-hosts-social-media-summit.

38. Attached as **Exhibit 37** is a true and correct copy of an article by Hunter Walker of *Yahoo! News* entitled "Sebastian Gorka at the center of Rose Garden ruckus following Trump event," dated July 12, 2019, available at https://news.yahoo.com/amphtml/sebastian-gorka-at-the-center-of-rose-garden-fracas-following-trump-event-002635804.html.

39. Attached as **Exhibit 38** are true and correct copies of webpages embedding episodes of Karem's podcast "Just Ask the Question," published December 18, 2018, and April 11, 2019, available at https://www.stitcher.com/podcast/just-ask-the-question/e/57795082, and https://www.stitcher.com/podcast/just-ask-the-question/e/59990472, respectively.

40. Attached as **Exhibit 39** is a true and correct copy of an article by Christina Zhao of *Newsweek* entitled "Reporters in Rose Garden: Gorka Would 'Kick Your Punk Ass,'" dated July 11, 2019, available at https://www.newsweek.com/trumps-social-media-summit-attendees-feud-reporters-rose-garden-gorka-would-kick-your-punk-1448871.

41. Attached as **Exhibit 40** is a true and correct copy of an article by Matt Vespa of *Townhall* entitled "'You're a Punk': Dr. Sebastian Gorka Thrashes Liberal Reporter at Trump's Census Presser," dated July 11, 2019, available at https://townhall.com/tipsheet/mattvespa/2019/07/11/youre-a-punk-dr-gorka-trashes-reporter-at-trumps-census-presser-n2549955.

42. Attached as **Exhibit 41** is a true and correct copy of a Tweet by President Donald J. Trump (@realDonaldTrump), dated July 12, 2019 at 8:35 am, as it appears "pinned" on Sebastian Gorka's ("Gorka") Twitter profile (@SebGorka), available at https://twitter.com/SebGorka/status/1150351166997442562.

43. Attached as **Exhibit 42** is a true and correct copy of a Tweet by Karem (@BrianKarem), dated August 1, 2019 at 1:10 pm, available at https://twitter.com/BrianKarem/status/1157020910005735425.  Embedded in the Tweet is video in which Karem can be heard asking President Donald J. Trump for his response to Bernie Sander's "saying [he is] a pathological liar."

44. Attached as **Exhibit 43** is a true and correct copy of an article by Steven Nelson of *The Washington Examiner* entitled "Gorka urges others to confront 'non-journalists' after Rose Garden clash," dated July 12, 2019, available at https://www.washingtonexaminer.com/news/white-house/gorka-urges-others-to-confront-non-journalists-after-rose-garden-clash.

45. Attached as **Exhibit 44** is a true and correct copy of an article published by CBS News entitled "Lesley Stahl: Trump admitted mission to 'discredit' press," dated May 23, 2018, available at https://www.cbsnews.com/news/lesley-stahl-donald-trump-said-attacking-press-todiscredit-negative-stories/.

46. Attached as **Exhibit 45** is a true and correct copy of an article by Jim Rutenberg of *The New York Times* entitled "In Revoking Press Credentials, Trump Casts Himself as Punisher in Chief," dated June 14, 2016, available at https://www.nytimes.com/2016/06/15/business/media/donald-trump-washington-post.html.

47. Attached as **Exhibit 46** is a true and correct copy of an article by Karem, published by *Playboy*, entitled "Fact: Trump is a Racist," dated July 23, 2019, available at https://www.playboy.com/read/why-has-unity-become-such-a-contentious-value-to-hope-for.

48. Attached as **Exhibit 47** is a true and correct copy of an article by Karem, published by *Playboy*, entitled "Donald Trump Uses Faith to Fool Everyone," dated May 7, 2019, available at https://www.playboy.com/read/national-day-of-prayer-how-donald-trump-uses-faith-to-fool-everyone.

49. Attached as **Exhibit 48** is a true and correct copy of an article by Brian Stelter of CNN entitled "Donald Trump: I won't kick reporters out of White House press briefing room," dated June 14, 2016, available at https://money.cnn.com/2016/06/14/media/donald-trump-presscredentials-access/index.html.

50. Attached as **Exhibit 49** is a true and correct copy of an article by Michael Finnegan and Noah Bierman of the *Los Angeles Times* entitled "Trump's endorsement of violence reaches new level: He may pay legal fees for assault suspect," dated March 13, 2016, available at https://www.latimes.com/politics/la-na-trump-campaign-protests-20160313-story.html.

51. Attached as **Exhibit 50** is a true and correct copy of an article published by CNBC entitled "Trump praises Montana congressman who body-slammed reporter," dated October 19, 2018, available at https://www.cnbc.com/2018/10/19/trump-praises-montana-congressman-who-body-slammed-reporter.html.

52. Attached as **Exhibit 51** is a true and correct copy of a Tweet by President Donald J. Trump (@realDonaldTrump), dated January 24, 2017 at 9:16 p.m., available at https://twitter.com/realdonaldtrump/status/824078417213747200.

53. Attached as **Exhibit 52** is a true and correct copy of a Tweet by President Donald J. Trump (@realDonaldTrump), dated February 15, 2017 at 6:40 a.m., available at https://twitter.com/realdonaldtrump/status/831830548565852160.

54. Attached as **Exhibit 53** is a true and correct copy of a Tweet by President Donald J. Trump (@realDonaldTrump), dated June 2, 2018 at 12:46 p.m., available at https://twitter.com/realdonaldtrump/status/1002954515941941249.

55. Attached as **Exhibit 54** is a true and correct copy of a Tweet by President Donald J. Trump (@realDonaldTrump), dated August 8, 2018 at 7:04 a.m., available at https://twitter.com/realdonaldtrump/status/1024974107337781248.

56. Attached as **Exhibit 55**, contained on electronic media, is a true and correct copy of video published by NBC News of an exchange between Karem and Sarah Huckabee Sanders that took place during a June 14, 2018 White House press briefing.

57. Attached as **Exhibit 56** is a true and correct copy of an article by Karem, published in *Playboy*, entitled "Why I Pressed Sarah Huckabee Sanders About Empathy in the White House," dated June 18, 2019, available at https://www.playboy.com/read/why-i-probed-sarah-huckabee-sanders-about-empathy-in-the-white-house.

58. Attached as **Exhibit 57** is a true and correct copy of an article by Karem, published in *Playboy*, entitled "White House Correspondent Brian Karem Responds to Acosta Ban," dated November 12, 2018, available at https://www.playboy.com/read/worry-not-jim-i-ll-never-stop-asking-the-president-questions.

59. Attached as **Exhibit 58** is a true and correct copy of an article by Karem, published in *Playboy*, entitled "A Moment of Crisis and Enlightenment," dated May 20, 2019, available at https://www.playboy.com/read/i-hope-not.

60. Attached as **Exhibit 59** is a true and correct copy of an article by Karem, published in *Playboy*, entitled "Brian Karem on Seb Gorca: We Must Stand Up to the Bullies," dated July 15, 2019, https://www.playboy.com/read/brian-karem-seb-gorca-playboy.

61. Attached as **Exhibit 60**, contained on electronic media, is a true and correct copy of video published by Bloomberg TicToc recorded from the White House Rose Garden on July 11, 2019, available at https://www.youtube.com/watch?v=VNfPaZ4Ipsw.

62. Attached as **Exhibit 61**, contained on electronic media, is a true and correct copy of video published on YouTube recorded from the White House Rose Garden on July 11, 2019, available at https://www.youtube.com/watch?v=P_6vDLq64gE.

63. Attached as **Exhibit 62**, contained on electronic media, is a true and correct copy of video published on YouTube recorded from the White House Rose Garden on July 11, 2019, available at https://www.youtube.com/watch?v=qQe2JFS08Rg.

64. Attached as **Exhibit 63**, contained on electronic media, is a true and correct copy of video published on YouTube recorded from the White House Rose Garden on July 11, 2019, available at https://www.youtube.com/watch?v=mNySuQFh2YE.

65. Attached as **Exhibit 64**, contained on electronic media, is a true and correct copy of video published by *The Washington Examiner* on Twitter recorded from the White House Rose Garden on July 11, 2019, available at https://twitter.com/dcexaminer/status/1149451612227887104.

66. Attached as **Exhibit 65**, contained on electronic media, is a true and correct copy of video published by Reuters on Twitter recorded from the White House Rose Garden on July 11, 2019, available at https://twitter.com/Reuters/status/1149445607288950784.

67. Attached as **Exhibit 66**, contained on electronic media, is a true and correct copy of video published by *The Washington Post* on YouTube recorded from the White House Rose Garden on July 11, 2019, available at https://www.youtube.com/watch?v=mNySuQFh2YE.

68. Attached as **Exhibit 67**, contained on electronic media, is a true and correct copy of video published on YouTube by Gorka on July 12, 2019, available at https://www.youtube.com/watch?v=rl7QO0Ird9A.

69. Attached as **Exhibit 68**, contained on electronic media, is a true and correct copy of video published by CNN of Karem's account of "the legacy of Sarah [Huckabee] Sanders."

70. Attached as **Exhibit 69** is a true and correct copy of a Tweet by Sebastian Gorka (@SebGorka), dated July 11, 2019 at 3:12 pm, available at https://twitter.com/sebgorka/status/1149441323067478016.

71. Attached as **Exhibit 69A**, contained on electronic media, is a true and correct copy of video embedded in a Tweet by Sebastian Gorka (@SebGorka), dated July 11, 2019 available at https://twitter.com/sebgorka/status/1149441323067478016.

72. Attached as **Exhibit 70**, contained on electronic media, is a true and correct copy of video recorded on a smartphone showing Sebastien Gorka taking a photo in the White House Rose Garden on July 11, 2019.

73. Attached as **Exhibit 71** is a true and correct copy of an article by Peter Baker, published by *The New York Times*, entitled "Trump Bars CNN's Jim Acosta From the White House," dated November 7, 2018, available at https://www.nytimes.com/2018/11/07/us/politics/trump-cnn-acosta-white-house.html.

74. Attached as **Exhibit 72** is a true and correct copy of an article by Jordan Fabian and Brett Samuels, published by *The Hill*, entitled "Trump: I told Sanders to stop briefings because press covers 'rudely,'" dated January 22, 2019, available at https://thehill.com/homenews/administration/426394-trump-i-told-sanders-to-stop-briefings-because-press-covers-her.

75. Attached as **Exhibit 73** is a true and correct copy of an article by David Jackson, published by *USA Today*, entitled "Donald Trump says he may revoke press credentials for other reporters, not just CNN's Jim Acosta," dated November 9, 2018, available at

https://www.usatoday.com/story/news/politics/2018/11/09/donald-trump-threatens-other-reporters-white-house-press-passes/1942013002/.

76.     Attached as **Exhibit 74** is a true and correct copy of an article by Mathew Ingram, published by the Columbia Journalism Review, entitled "White House revokes press passes for dozens of journalists," dated May 9, 2019, available at https://www.cjr.org/the_media_today/white-house-press-passes.php.

77.     Attached as **Exhibit 75** is a true and correct copy of an article by Paul Farhi, published by *The Washington Post*, entitled "White House imposes new rules on reporters' credentials, raising concerns about access," dated May 8, 2019, available at https://www.washingtonpost.com/lifestyle/style/white-house-imposes-new-rules-on-reporters-credentials-raising-concerns-about-access/2019/05/08/793dc404-71dd-11e9-9eb4-0828f5389013_story.html.

78.     Attached as **Exhibit 76** is a true and correct copy of an article published by the U.S. Press Freedom Tracker, entitled "Former White House aide Seb Gorka shoves Mediaite reporter at CPAC," dated February 23, 2018, available at https://pressfreedomtracker.us/all-incidents/former-white-house-aide-seb-gorka-shoves-mediaite-reporter-cpac/.

79.     Attached as **Exhibit 77** is a true and correct copy of an article by Caleb Ecarma, published by Mediaite, entitled "Seb Gorka Just Challenged Me to a Fight Over Email and I Accepted," dated November 4, 2017, available at https://www.mediaite.com/online/seb-gorka-just-challenged-me-to-a-fight-over-email-and-i-accepted/.

80.     Attached as **Exhibit 78** is a true and correct copy of an article by Caleb Ecarma, published by Mediaite, entitled "Ex-Trump Advisor Sebastian Gorka Reportedly Wanted on Gun

Charges in Hungary," dated January 18, 2018, available at https://www.mediaite.com/online/ex-trump-adviser-sebastian-gorka-reportedly-wanted-on-gun-charges-in-hungary/.

81. Attached as **Exhibit 79** is a true and correct copy of an article by Jonathan Swan, published by Axios, entitled "Trump's favorite new TV defender: Sebastian Gorka," dated July 13, 2017, available at https://www.axios.com/trumps-favorite-new-tv-defender-sebastian-gorka-1513304178-55c34e6e-1802-4ab0-a539-9d2c70d6860e.html.

82. Attached as **Exhibit 80** is a true and correct copy of an article by Pamela Engel, published by Business Insider, entitled "Sebastian Gorka, Trump's combative new national security aide, is widely disdained within his own field," dated February 22, 2017, available at https://www.businessinsider.com/sebastian-gorka-trump-bio-profile-2017-2.

83. Attached as **Exhibit 81** is a true and correct copy of an article by Andrew Blake, published by *The Washington Times*, entitled "Sebastian Gorka, former Trump advisor, placed on White House 'Do Not Admit' list: Report", dated August 29, 2017, available at https://www.washingtontimes.com/news/2017/aug/29/sebastian-gorka-former-trump-advisor-placed-white-/.

84. Attached as **Exhibit 82** is a true and correct copy of an article by Oliver Knox and Hunter Walker, published by the Huffington Post, entitled "Report: Kelly Revoked Gorka's Security Clearance While He Was On Vacation," dated August 25, 2017, available at https://www.huffpost.com/entry/gorka-security-clearance revoke_n_59a0eb66e4b06d67e337bcdb.

85. Attached as **Exhibit 83** is a true and correct copy of an article by Matthew Rozsa, published by *Salon*, entitled "Reminder: James O'Keefe has a history of failing to discredit journalists," dated November 28, 2017, available at

https://www.salon.com/2017/11/28/reminder-james-okeefe-has-a-history-of-failing-to-discredit-journalists/.

86. Attached as **Exhibit 84** is a true and correct copy of an article by Kevin Robillard, published by *Politico*, entitled "O'Keefe agrees to fork over $100K," dated March 8, 2013, available at https://www.politico.com/story/2013/03/james-okeefe-agrees-to-pay-100000-settlement-088620.

87. Attached as **Exhibit 85** is a true and correct copy of an article by Katie Rogers and Maggie Haberman, published by *The New York Times*, entitled "Donald Trump Jr. Shares, Then Deletes, a Tweet Questioning Kamala Harris's Race," dated June 28, 2019, available at https://www.nytimes.com/2019/06/28/us/politics/donald-trump-jr-kamala-harris.html.

88. Attached as **Exhibit 86** is a true and correct copy of an article by Davis Richardson, published by *The Observer*, entitled "Robert Mercer Bankrolled PAC Advised By Notorious Fringe 'Philosopher' Ali Alexander"," dated October 30, 2018, available at https://observer.com/2018/10/robert-mercer-bankrolled-pac-ali-alexander/.

89. Attached as **Exhibit 87** is a true and correct copy of an article by Paul Farhi, published by *The Washington Post*, entitled "What is Gateway Pundit, the conspiracy-hawking site at the center of the bogus Florida 'crisis actors' hype?" Dated February 23, 2018, available at https://www.washingtonpost.com/lifestyle/style/what-is-gateway-pundit-the-conspiracy-hawking-site-at-the-center-of-the-bogus-florida-crisis-actors-hype/2018/02/23/dded562a-174e-11e8-b681-2d4d462a1921_story.html.

90. Attached as **Exhibit 88** is a true and correct copy of an article by Meredith Woerner, published by *Variety*, entitled "Pro-Trump Fashion at 2019 Grammys: From Border Wall Dress to 'Keep America Great' Jacket," dated February 10, 2019, available at

https://variety.com/2019/music/news/pro-trump-fashion-joy-villa-dress-ricky-rebel-grammys-2019-1203134993/.

91.     Attached as **Exhibit 89** is a true and correct copy of a Tweet by President Donald J. Trump (@realDonaldTrump), dated August 16, 2019 at 8:11 p.m., available at https://twitter.com/realDonaldTrump/status/1162562469283471360.

92.     Attached as **Exhibit 90** is a true and correct copy of an article by Alex Kaplan, published by Media Matters, entitled "Here are the extremist figures going to the White House social media summit," dated July 9, 2019, available at https://www.mediamatters.org/donald-trump/here-are-extremist-figures-going-white-house-social-media-summit.

93.     Attached as **Exhibit 91** is a true and correct copy of a Tweet by Sarah Sanders (@PressSec), dated November 7, 2018 at 7:48 p.m., available at https://twitter.com/presssec/status/1060333176252448768.  The Tweet was posted by Sarah Sanders while she was still White House Press Secretary.

94.     Attached as **Exhibit 92** is a true and correct copy of a Tweet by Sarah Sanders (@PressSec), dated November 7, 2018 at 7:50 p.m., available at https://twitter.com/presssec/status/1060333619728801792.  The Tweet was posted by Sarah Sanders while she was still White House Press Secretary.

95.     Attached as **Exhibit 93** is a true and correct copy of an article by Margaret Sullivan, published by *The Washington Pos*t, entitled "Trump joking with Putin over eliminating journalists is a betrayal of America, So is ignoring it.," dated June 28, 2019, available at https://www.washingtonpost.com/lifestyle/style/trumps-jokes-with-putin-over-eliminating-journalists-is-a-betrayal-of-america-so-is-ignoring-it/2019/06/28/b7ada93a-99be-11e9-916d-9c61607d8190_story.html.

96. Attached as **Exhibit 94** is a true and correct copy of an article by Erik Wemple, published by *The Washington Post*, entitled " 'Virtual act of Treason': The New York Times is Blowing Trump's mind," dated June 17, 2019, available at https://www.washingtonpost.com/opinions/2019/06/17/virtual-act-treason-new-york-times-is-blowing-trumps-mind/.

97. Attached as **Exhibit 95** is a true and correct copy of President Trump's remarks made at the July 11 White House Social Media Summit, dated July 11, 2019, available at https://www.whitehouse.gov/briefings-statements/remarks-president-trump-presidential-social-media-summit/.

98. Attached as **Exhibit 96** is a true and correct copy of an article by Stephanie Sugars, published by the Committee to Protect Journalists, entitled "From Fake new to enemy of the people: An Anatomy of Trump's tweets," dated January 30, 2019, available at https://cpj.org/blog/2019/01/trump-twitter-press-fake-news-enemy-people.php.

99. Attached as **Exhibit 97** is a true and correct copy of an article by Iliana Magra, published by *The New York Times*, entitled "BBC Cameraman Is Attacked at Trump Rally," dated February 12, 2019, available at https://www.nytimes.com/2019/02/12/us/politics/bbc-cameraman-attacked.html.

100. Attached as **Exhibit 98** is a true and correct copy of an article published by Reporters without Borders, entitled "Attendee at Trump rally arrested for assaulting Orlando Sentinel reporter," dated July 24, 2019, available at https://rsf.org/en/news/us-weeklyaddress-june-17-june-23-attendee-trump-rally-arrested-assaulting-orlando-sentinel-reporter.

101. Attached as **Exhibit 99** is a true and correct copy of an article by Meg Wagner, Sophie Tatum, Eric Levenson, Brian Ries, Paul P. Murphy, and Jessie Yeung, published by CNN Politics, entitled " Suspect arrested after sending explosive devices sent to Trump critics and CNN," dated November 5, 2018, available at https://www.cnn.com/politics/live-news/clintons-obama-suspicious-packages/index.html.

102. Attached as **Exhibit 100** is a true and correct copy of an article by Press Association and Press Gazette, published by *Press Gazette*, entitled "UN expert claims Donald Trump's attacks on the media 'increase risk of journalists being targeted with violence,'" dated August 3, 2018, available at https://pressgazette.co.uk/un-expert-claims-donald-trumps-attacks-on-the-media-increase-risk-of-journalists-being-targeted-with-violence/.

103. Attached as **Exhibit 101** is a true and correct copy of a Tweet by Peter Alexander (@PeterAlexander) dated August 15, 2019 at 4:53 p.m., available at https://twitter.com/PeterAlexander/status/1162150271704850434.

104. Attached as **Exhibit 102** is a true and correct copy of an article by Nick Corasaniti, published by *The New York Times*, entitled "Partisan Crowds at Trump Rallies Menace and Frighten News Media," dated October 14, 2016, available at https://www.nytimes.com/2016/10/15/us/politics/trump-media attacks.html.

105. Attached as **Exhibit 103** is a true and correct copy of a Tweet by President Donald J. Trump (@realDonaldTrump), dated August 18, 2019 at 5:22 a.m., available at https://twitter.com/realDonaldTrump/status/1163063728218263552.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of August 2019 in Los Angeles, California.

_____
Theodore J. Boutrous, Jr.