# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN J. KAREM,<br><br>    *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States and in his individual capacity; and STEPHANIE GRISHAM, in her official capacity as White House Press Secretary and in her individual capacity,<br><br>    *Defendants*. | Case No. 1:19-cv-02514 |

## Appearance of Counsel

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Brian J. Karem.

Dated:  August 20, 2019
       Washington, D.C.

Respectfully submitted,

 /s/Thomas H. Dupree, Jr.

Thomas H. Dupree, Jr., (D.C. Bar No. 467195)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue N.W.
Los Angeles, California 90071
Tel:  (213) 229-7804
tdupree@gibsondunn.com

*Counsel for Plaintiff Brian J. Karem*