**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BRIAN J. KAREM,

*Plaintiff*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States and in his individual capacity; and STEPHANIE GRISHAM, in her official capacity as White House Press Secretary and in her individual capacity,

*Defendants*.

**Case No. 1:19-cv-02514**

## MOTION FOR ADMISSION *PRO HAC VICE*

Theodore J. Boutrous, Jr. of Gibson, Dunn & Crutcher LLP (the "Movant") hereby moves this Court, pursuant to Local Rule 83.2(d), for entry of an order permitting Anne M. Champion to appear *pro hac vice* before this Court in the above-captioned matter as an additional counsel of record for Plaintiff Brian J. Karem. In support of this motion, the Movant attaches the Declaration of Anne M. Champion as Exhibit A.

Undersigned counsel respectfully requests that the Court grant this motion and enter an Order for admission of Ms. Champion *pro hac vice* in the above-captioned case. A proposed order is attached.

Dated: August 20, 2019

Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Ave.,
Los Angeles, California 90071
Tel: (213) 229-7804
tboutrous@gibsondunn.com

*Counsel for Plaintiff Brian J. Karem*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIAN J. KAREM,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States and in his individual capacity; and STEPHANIE GRISHAM, in her official capacity as White House Press Secretary and in her individual capacity,<br><br>*Defendants*. | **Case No. 1:19-cv-02514** |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION**
***PRO HAC VICE* OF ANNE M. CHAMPION**

I, Anne M. Champion, declare and state as follows:

1. My full name is Anne Marie Champion.

2. I am an attorney at the law firm Gibson, Dunn & Crutcher LLP. My office is located at 200 Park Avenue, New York, New York 10166. My office telephone number is 212.351.5361.

3. I am a member in good standing of the Bar of the State of New York.

4. I have not been disciplined by any bar, and there are no disciplinary proceedings pending against me in any jurisdiction.

5. In the past two years, I have once been admitted *pro hac vice* to practice before this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2019 in Washington, D.C.

Anne M. Champion

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BRIAN J. KAREM,

*Plaintiff*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States and in his individual capacity; and STEPHANIE GRISHAM, in her official capacity as White House Press Secretary and in her individual capacity,

*Defendants*.

**Case No. 1:19-cv-02514**

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of Anne M. Champion, it is, on this ______ day of _________ 2019, hereby ORDERED that the Motion for Admission *pro hac vice* is GRANTED, and that Anne M. Champion be, and that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above captioned case.

IT IS SO ORDERED.

Dated: ____________________

______________________________
United States District Judge