AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Brian Karem | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-2514-KBJ |
| Donald J. Trump, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed amicus curiae, the Reporters Committee for Freedom of the Press                             .

Date:    08/22/2019

/s/
*Attorney's signature*

Bruce D. Brown (D.C. Bar No. 457317)
*Printed name and bar number*

Reporters Committee for Freedom of the Press
1156 15th St. NW, Suite 1020
Washington, DC 20005
*Address*

bbrown@rcfp.org
*E-mail address*

(202) 795-9300
*Telephone number*

(202) 795-9310
*FAX number*