AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Brian Karem )<br>*Plaintiff*<br>v. )<br>Donald J. Trump, et al. )<br>*Defendant* ) | Case No. 19-cv-2514-KBJ |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed amicus curiae, PEN American Center, Inc.

Date: 08/26/2019

/s/ Benjamin Berwick
*Attorney's signature*

Benjamin Berwick (D.D.C. Bar No. MA0004)
*Printed name and bar number*

The Project Democracy Project, Inc.
15 Main Street, Suite 312
Watertown, MA 02472
*Address*

ben.berwick@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(929) 777-8428
*FAX number*