**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIAN KAREM,<br><br>        Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States and in his individual capacity; and STEPHANIE GRISHAM, in her official capacity as White House Press Secretary and in her individual capacity,<br><br>        Defendants. | Case No.: 19-cv-2514 (KBJ) |

## NOTICE

Pursuant to this Court's order at oral argument on August 27, 2019, *see* Tr. of Aug. 27, 2019 Hearing 48:4–20, Defendants respectfully inform the Court that there is no written statement by the Secret Service agent who intervened and spoke to Mr. Karem during the July 11, 2019 incident. In the interest of transparency, Defendants further inform the Court that there are notes taken by an attorney in the Office of White House Counsel from an interview with the agent, but Defendants understand that this Court's order does not apply to such notes. *See* Tr. of Aug. 27, 2019 Hearing 48:11–16.

Dated: August 28, 2019                    Respectfully submitted,

                                                                JOSEPH H. HUNT
                                                                Assistant Attorney General

                                                                JAMES BURNHAM
                                                                Deputy Assistant Attorney General

ERIC R. WOMACK
Assistant Director

/s/ *Ashley A. Cheung*
ASHLEY A. CHEUNG (NY Bar No. 5405816)
JOSEPH E. BORSON (Va. Bar No. 85519)
Trial Attorneys, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel.    (202) 616-8267
Ashley.Cheung@usdoj.gov
Joseph.Borson@usdoj.gov

*Attorneys for Defendants*