**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIAN KAREM,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States and in his individual capacity; and STEPHANIE GRISHAM, in her official capacity as White House Press Secretary and in her individual capacity,<br><br>    Defendants. | Case No. 1:19-cv-02514-KBJ |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Brian Karem respectfully submits this Notice of Supplemental Authority to alert the Court to an article published today by the *Daily Beast* entitled, "Playboy Fights to Restore Access for Brian Karem, Who Trump Calls a 'Loser' 'Nobody,'" a true and correct copy of which is attached as Exhibit A and available at https://www.thedailybeast.com/how-trump-personally-signed-off-on-suspending-playboy-reporters-press-pass?ref=scroll.  This article contains party admissions by Ms. Grisham, is relevant to the Court's consideration of the pending motions, and was not available until today.

Mr. Karem has argued that Defendants' suspension of his hard pass violated the Due Process Clause of the Fifth Amendment because, among other reasons, the suspension was predetermined before Ms. Grisham announced her "preliminary decision" on August 2, 2019, and before Mr. Karem had an opportunity to be heard.  *See* Compl. ¶ 76 ("The decision was improperly predetermined, as Grisham sought and obtained presidential approval for the sanction before even notifying Karem."); *see also* Opening Br. at 30-31; Reply Br. at 15; 8/27/19 Hr'g Tr.

at 15:24-16:2.  Defendants have forcefully disputed this argument.  *See, e.g.*, Opp. Br. at 31; 8/27/19 Hr'g Tr. at 67:23-24.

In her interview with the *Daily Beast*, Ms. Grisham admits that she told the President she was "sure" about her decision to suspend Mr. Karem's hard pass before she announced her preliminary decision:

> "Before doing something that could potentially get significant media attention, I wanted to make sure the president was aware," Grisham added. "I went to him with my recommendation and he asked if I was sure, and I said, yes, I was sure. And he said 'I support you,' and that was that."

Ex. A at 2.

Dated:  August 29, 2019

Respectfully submitted,

/s/ Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Ave.,
Los Angeles, California 90071
Tel:  (213) 229-7804
tboutrous@gibsondunn.com

Thomas H. Dupree, Jr. (D.C. Bar. No. 467195)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  (202) 955-8547
tdupree@gibsondunn.com

Anne Champion (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Tel:  (212) 351-5361
achampion@gibsondunn.com

*Counsel for Plaintiff Brian Karem*