UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRIAN J. KAREM, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 19-2514 |
| | : | |
| v. | : | Re Document No.: 2 |
| | : | |
| DONALD J. TRUMP and | : | |
| STEPHANIE A. GRISHAM, | : | |
| | : | |
| Defendants. | : | |

# ORDER

### Granting Plaintiff's Motion for Preliminary Injunction

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiff Brian Karem's motion for temporary restraining order and preliminary injunction (ECF No. 2) is **GRANTED**. It is hereby:

**ORDERED** that Defendants must restore Karem's White House hard pass.

**SO ORDERED**.

Dated: September 3, 2019                                RUDOLPH CONTRERAS
                                                       United States District Judge