# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN KAREM, | |
| Plaintiff, | |
| v. | No. 1:19-cv-2514 (KBJ) |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Paul E. Werner, the undersigned, as a counsel of record for Defendants President Donald J. Trump and White House Press Secretary Stephanie A. Grisham in their individual capacities.

Dated: September 5, 2019

Respectfully submitted,

/s/ *Paul E. Werner*
PAUL E. WERNER
(MD Bar, under LCvR 83.2(e))
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C.  20044
(202) 616-4152 (phone)
(202) 616-4314 (fax)
E-mail: Paul.Werner@usdoj.gov