## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRIAN KAREM, | |
| Plaintiff, | |
| v. | Case No.:  19-cv-2514 (KBJ) |
| DONALD J. TRUMP, in his official capacity as President of the United States and in his individual capacity; and STEPHANIE GRISHAM, in her official capacity as White House Press Secretary and in her individual capacity, | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that the official-capacity Defendants in the above-captioned matter appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's September 3, 2019 Order and Memorandum Opinion, ECF Nos. 33, 34.

Dated: September 27, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ERIC R. WOMACK
Assistant Director

/s/  *Joseph E. Borson*
ASHLEY A. CHEUNG (NY Bar No. 5405816)
JOSEPH E. BORSON (Va. Bar No. 85519)
Trial Attorneys, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel. (202) 514-1944

Ashley.Cheung@usdoj.gov
Joseph.Borson@usdoj.gov

*Attorneys for the official capacity Defendants*