# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN KAREM,<br><br>                    Plaintiff,<br><br>     v.<br><br>DONALD J. TRUMP, in his individual capacity and official capacity as President of the United States; and STEPHANIE GRISHAM, in her individual capacity and official capacity as White House Press Secretary,<br><br>                    Defendants. | Case No. 1:19-cv-2514-KBJ |

## JOINT MOTION TO STAY

Counsel for the parties have met and conferred and now jointly move the Court for an order to stay all proceedings in this action pending the official capacity Defendants' appeal of the Court's order granting Plaintiff's motion for a temporary restraining order and preliminary injunction, ECF No. 32.

There is good cause for this jointly-sought order, which will preserve the resources of the parties and the Court, as an appeal may resolve some or all of the claims in this action or, at a minimum, affect the scope of further proceedings.

The parties agree that the preliminary injunction will remain in place pending appeal (including any potential review by the Supreme Court), and have agreed that they will not seek to stay or otherwise lift the preliminary injunction during the pendency of the appeal and that neither Defendants nor any member of the Administration will suspend or revoke (or seek to suspend or revoke) Plaintiff's hard pass based on the facts at issue in this case so long as the injunction

1

remains in effect.[1] The parties have further agreed that should Plaintiff prevail on appeal (including any potential review by the Supreme Court), the Court may convert the preliminary injunction into a permanent injunction against the White House Press Secretary in her official capacity.  Such non-opposition to any conversion is not a concession on the merits of either the official-capacity or the individual-capacity claims.

In the event that the official capacity Defendants prevail on appeal (including any potential review by the Supreme Court), the parties further agree that the stay may be lifted and the parties will continue to litigate or resolve the remaining claims in the ordinary course.

Following a final resolution of the appeal of the preliminary injunction, the parties will submit a joint status report concerning further proceedings within 30 days of the issuance of the mandate.

Dated:  September 27, 2019

By:  /s/ *Joseph E. Borson*
  Ashley A. Cheung (NY Bar No. 5405816)
  Joseph E. Borson (Va. Bar No. 85519)
  Trial Attorneys, U.S. Dept. of Justice
  Civil Division, Federal Programs Branch
  1100 L St., NW
  Washington, D.C. 20005
  Tel: (202) 514-1944
  Ashley.Cheung@usdoj.gov
  Joseph.Borson@usdoj.gov

*Counsel for Defendants in their official capacities*

By:  /s/ *Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Ave.,
Los Angeles, California 90071
Tel:  (213) 229-7804
tboutrous@gibsondunn.com

Thomas H. Dupree, Jr. (D.C. Bar. No. 467195)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  (202) 955-8547
tdupree@gibsondunn.com

---

[1]  It is Defendants' position that the individual capacity Defendants are not parties to the preliminary injunction, which, Defendants contend, was not sought against them. They join this motion to stay all proceedings in the district court.

By: /s/ *Paul E. Werner*
Paul E. Werner (MD Bar, under LCvR 83.2(e))
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4152
Paul.Werner@usdoj.gov

*Counsel for Defendants in their individual capacities*

Anne Champion (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Tel:  (212) 351-5361
achampion@gibsondunn.com

*Counsel for Plaintiff Brian Karem*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIAN KAREM,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his individual capacity and official capacity as President of the United States; and STEPHANIE GRISHAM, in her individual capacity and official capacity as White House Press Secretary,<br><br>Defendants. | **Case No. 1:19-cv-2514-KBJ** |

## [PROPOSED] ORDER

For good cause shown, it is ORDERED that all proceedings are stayed pending the final resolution of the official capacity Defendants' appeal of the preliminary injunction. Following the final resolution of the appeal of the preliminary injunction, the parties shall submit a joint status report concerning further proceedings within 30 days of the issuance of the mandate.

DATE:_____

_____
HON. KETANJI BROWN JACKSON
UNITED STATES DISTRICT JUDGE