# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN KAREM,<br><br>        Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States and in his individual capacity; and STEPHANIE GRISHAM, in her official capacity as White House Press Secretary and in her individual capacity,<br><br>        Defendants. | Case No.: 19-cv-2514 (KBJ) |

## **DEFENDANTS' NOTICE OF WITHDRAWAL OF ATTORNEY ASHLEY CHEUNG**

Pursuant to Local Rule 83.6(b), Ashley Cheung respectfully withdraws her appearance for the Official-Capacity Defendants in this matter. The Official-Capacity Defendants will continue to be represented by James Burnham and Joseph Borson, as well as other counsel from the Department of Justice.

Dated: October 18, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES BURNHAM
Deputy Assistant Attorney General

ERIC R. WOMACK
Assistant Director

*/s/ Ashley A. Cheung*
ASHLEY A. CHEUNG (NY Bar No. 5405816)
Trial Attorney, U. S. Dept. of Justice

                Civil Division, Federal Programs Branch
                1100 L St., NW
                Washington, D.C. 20005
                Tel.    (202) 616-8267
                Ashley.Cheung@usdoj.gov