# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN KAREM, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, in his individual capacity and official capacity as President of the United States; and STEPHANIE GRISHAM, in her individual capacity and official capacity as White House Press Secretary, <br><br> Defendants. | **Case No. 1:19-cv-2514-KBJ** |

## [PROPOSED] ORDER

For good cause shown, it is ORDERED that Defendants' deadline to answer or otherwise respond to Plaintiff's complaint is extended until 45 days after this Court rules upon the parties' Joint Motion to Stay.

DATE:_____                                            _____
                                                       HON. KETANJI BROWN JACKSON
                                                       UNITED STATES DISTRICT JUDGE

1