# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 19-5255**                  **September Term, 2019**
FILED ON: JUNE 5, 2020

BRIAN J. KAREM,
       APPELLEE

v.

DONALD J. TRUMP, IN HIS INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES AND STEPHANIE A. GRISHAM, IN HER INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY AS WHITE HOUSE PRESS SECRETARY,
       APPELLANTS

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cv-02514)

———

Before: SRINIVASAN, *Chief Judge*, and TATEL and PILLARD, *Circuit Judges*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's preliminary injunction appealed from in this cause be affirmed but that its scope be limited to run only to the Press Secretary, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                                                             **FOR THE COURT:**
                                                             Mark J. Langer, Clerk

                                  BY:      /s/

                                                              Daniel J. Reidy
                                                             Deputy Clerk

Date: June 5, 2020

Opinion for the court filed by Circuit Judge Tatel.