UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN KAREM,<br><br>            Plaintiff,<br><br>   v.<br><br>DONALD J. TRUMP, in his individual capacity and official capacity as President of the United States; and STEPHANIE GRISHAM, in her individual capacity and official capacity as White House Press Secretary,<br><br>            Defendants. | Case No. 1:19-cv-2514-KBJ |

## JOINT STATUS REPORT

The parties to the above-captioned action hereby provide this Joint Status Report regarding developments occurring since their September 27, 2019 joint motion to stay this action, Dkt. 37 ("Joint Stay Motion"), pending resolution of Defendants' appeal of the Order Granting Plaintiff's Motion for a Preliminary Injunction, Dkt. 32 ("PI Order"). On October 25, 2019, the Court granted the joint stay of this action and directed the parties to submit this Joint Status Report 30 days following the completion of appellate proceedings.

On June 5, 2020, the United States Court of Appeals for the District of Columbia Circuit entered its Judgment, filed in this action as Dkt. 42-1, affirming the PI Order but narrowing "its scope" so that it would "run only to the Press Secretary" in her official capacity. The deadline for the government to petition for a writ of certiorari has since expired.

In response to the Court's order, the parties met and conferred and report the following:

*First*, in the Joint Stay Motion, the "parties . . . agreed that should Plaintiff prevail on appeal . . . the Court may convert the preliminary injunction into a permanent injunction against

the White House Press Secretary in her official capacity." As such, the parties agree that the Court may convert the Preliminary Injunction Order, which addressed the suspension of Mr. Karem's White House Hard Pass based on events at the White House on July 11, 2019, into a permanent injunction against the White House Press Secretary in her official capacity. The parties will submit a proposed judgment regarding the permanent injunction within thirty (30) days of the filing of this joint status report for the Court's consideration.

*Second*, Plaintiff intends to withdraw Count 3, the *Bivens* claims stated against the individual-capacity defendants. Plaintiff will file an appropriate notice or stipulation with the Court to effect this withdrawal.

*Third*, Plaintiff intends to move for an award of attorneys' fees for this action with respect to the claims against the official-capacity defendants. The parties are discussing whether this issue can be settled without motion practice. Plaintiff reserves the right to bring a motion for attorneys' fees if agreement cannot be reached. The parties will notify the court in either event within thirty (30) days of the filing of this Joint Status Report.

Dated: April 8, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director
Federal Programs Branch

By: /s/ Joseph E. Borson
Joseph E. Borson (Va. Bar No. 85519)
Trial Attorney, U.S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel: (202) 514-1944
Joseph.Borson@usdoj.gov

Respectfully submitted

By: /s/ Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Ave.,
Los Angeles, California 90071
Tel: (213) 229-7804
tboutrous@gibsondunn.com

Thomas H. Dupree, Jr. (D.C. Bar. No. 467195)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 955-8547
tdupree@gibsondunn.com

Anne Champion (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**

- 3 -

*Counsel for Defendants in their official capacities*

By: /s/ Paul E. Werner
Paul E. Werner (MD Bar, under LCvR 83.2(e))
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4152
Paul.Werner@usdoj.gov

*Counsel for Defendants in their individual capacities*

200 Park Avenue
New York, New York 10166-0193
Tel: (212) 351-5361
achampion@gibsondunn.com

*Counsel for Plaintiff Brian Karem*