UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN KAREM,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his individual capacity and official capacity as President of the United States; and STEPHANIE GRISHAM, in her individual capacity and official capacity as White House Press Secretary,<br><br>Defendants. | Case No. 1:19-cv-2514-KBJ |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Count 3 of the complaint filed in this action, Dkt. 1, shall be voluntarily dismissed without prejudice. By virtue of this dismissal, there are no claims in the action remaining against the individual-capacity defendants.

Dated: May 10, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director
Federal Programs Branch

By: /s Joseph E. Borson
Joseph E. Borson (Va. Bar No. 85519)
Trial Attorney, U.S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel: (202) 514-1944
Joseph.Borson@usdoj.gov

Respectfully submitted

By: /s Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Ave.,
Los Angeles, California 90071
Tel: (213) 229-7804
tboutrous@gibsondunn.com

Thomas H. Dupree, Jr. (D.C. Bar. No. 467195)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 955-8547
tdupree@gibsondunn.com

Anne Champion (admitted *pro hac vice*)

*Counsel for Defendants in their official capacities*

By: /s Paul E. Warner
Paul E. Werner (MD Bar, under LCvR 83.2(e))
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4152
Paul.Werner@usdoj.gov

*Counsel for Defendants in their individual capacities*

**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Tel: (212) 351-5361
achampion@gibsondunn.com

*Counsel for Plaintiff Brian Karem*