UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN KAREM,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his individual capacity and official capacity as President of the United States; and STEPHANIE GRISHAM, in her individual capacity and official capacity as White House Press Secretary,<br><br>Defendants. | Case No. 1:19-cv-2514-KBJ |

## JOINT STATUS REPORT

The parties to the above-captioned action hereby provide this Joint Status Report regarding developments occurring since their May 10, 2021 joint status report in this action, Dkt. 45, as per the Court's June 8, 2021 minute order.

The parties' negotiations over attorneys' fees payable to Plaintiff and the text of the permanent injunction are ongoing and proceeding in good faith. Plaintiff has made an initial offer regarding attorneys' fees to Defendants, and Defendants have requested further information regarding those fees. Pursuant to this Court's June 8, 2021 minute order, the parties' next joint status report is due on July 12, 2021.

Dated: June 11, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director
Federal Programs Branch

Respectfully submitted

By: /s/ Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Ave.,
Los Angeles, California 90071
Tel: (213) 229-7804
tboutrous@gibsondunn.com

- 2 -

By: /s/ Joseph E. Borson
Joseph E. Borson (Va. Bar No. 85519)
Trial Attorney, U.S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel: (202) 514-1944
Joseph.Borson@usdoj.gov

*Counsel for Defendants in their official capacities*

Thomas H. Dupree, Jr. (D.C. Bar. No. 467195)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 955-8547
tdupree@gibsondunn.com

Anne Champion (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Tel: (212) 351-5361
achampion@gibsondunn.com

*Counsel for Plaintiff Brian Karem*