**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BRIAN KAREM,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; and JENNIFER PSAKI, in her official capacity as White House Press Secretary,<br><br>Defendants. | **Case No. 1:19-cv-2514-JMC** |

## JOINT STATUS REPORT

The parties to the above-captioned action hereby provide this Joint Status Report regarding developments occurring since their prior joint status report in this action, Dkt. 54, as per the Court's June 8, 2021 minute order.

The parties' negotiations over attorneys' fees payable to Plaintiff are ongoing and proceeding in good faith. As reflected in the previous joint status report, Plaintiff has made an initial offer regarding attorneys' fees to Defendants. Defendants have responded to this initial offer with a counter-offer. Plaintiff is currently reviewing that counter-offer. Pursuant to this Court's June 8, 2021 minute order, the parties' next joint status report is due on March 14, 2022.

Dated: February 14, 2022

Respectfully submitted

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director
Federal Programs Branch

By: /s/ Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Ave.,
Los Angeles, California 90071
Tel: (213) 229-7804
tboutrous@gibsondunn.com

- 2 -

By:  /s/ Joseph E. Borson
Joseph E. Borson (Va. Bar No. 85519)
Trial Attorney, U.S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel: (202) 514-1944
Joseph.Borson@usdoj.gov

*Counsel for Defendants in their official capacities*

Thomas H. Dupree, Jr. (D.C. Bar. No. 467195)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  (202) 955-8547
tdupree@gibsondunn.com

Anne Champion (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Tel:  (212) 351-5361
achampion@gibsondunn.com

*Counsel for Plaintiff Brian Karem*