UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN KAREM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; and JENNIFER PSAKI, in her official capacity as White House Press Secretary,<br><br>　　　　　Defendants. | Case No. 1:19-cv-2514-JMC |

**JOINT STATUS REPORT**

The parties to the above-captioned action hereby provide this Joint Status Report regarding developments occurring since their prior joint status report in this action, Dkt. 54, as per the Court's June 8, 2021 minute order.

The parties have reached an agreement in principle regarding attorneys' fees payable to Plaintiff. The parties are finalizing the agreement and Defendants are working to secure final approval pursuant to Department of Justice regulations.

Pursuant to this Court's June 8, 2021 minute order, the parties' next joint status report is due on April 11, 2022.

[Signatures on the next page]

- 2 -

| | |
|---|---|
| Dated: March 14, 2022 | Respectfully submitted |
| BRIAN M. BOYNTON<br>Principal Deputy<br>Assistant Attorney General<br><br>ERIC R. WOMACK<br>Assistant Branch Director<br>Federal Programs Branch<br><br>By: */s/ Joseph E. Borson*<br>Joseph E. Borson (Va. Bar No. 85519)<br>Trial Attorney, U.S. Dept. of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St., NW<br>Washington, D.C. 20005<br>Tel: (202) 514-1944<br>Joseph.Borson@usdoj.gov<br><br>*Counsel for Defendants in their official capacities* | By: */s/ Theodore J. Boutrous, Jr.*<br>Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Ave.,<br>Los Angeles, California 90071<br>Tel: (213) 229-7804<br>tboutrous@gibsondunn.com<br><br>Thomas H. Dupree, Jr. (D.C. Bar. No. 467195)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Tel: (202) 955-8547<br>tdupree@gibsondunn.com<br><br>Anne Champion (admitted *pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, New York 10166-0193<br>Tel: (212) 351-5361<br>achampion@gibsondunn.com<br><br>*Counsel for Plaintiff Brian Karem* |