UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN KAREM,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; and JENNIFER PSAKI, in her official capacity as White House Press Secretary,<br><br>    Defendants. | Case No. 1:19-cv-2514-JMC |

**JOINT STATUS REPORT AND
JOINT REQUEST TO ENTER PERMANENT INJUNCTION**

The parties to the above-captioned action hereby provide this Joint Status Report regarding developments occurring since their prior joint status report in this action as per the Court's June 8, 2021 minute order.

The parties have entered into a written agreement resolving Plaintiff's claims for attorneys' fees. Defendants have processed payment per the agreement.

The parties now hereby jointly request that the Court so-order the permanent injunction attached hereto as Exhibit A and close this case. *See* Joint Status Rpt., at 2, ECF No. 43 ("[T]he parties agree that the Court may convert the Preliminary Injunction Order, which addressed the suspension of Mr. Karem's White House Hard Pass based on events at the White House on July 11, 2019, into a permanent injunction against the White House Press Secretary in her official capacity.")

- 2 -

Dated: May 9, 2022

BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director
Federal Programs Branch

By: /s/ Joseph E. Borson
Joseph E. Borson (Va. Bar No. 85519)
Trial Attorney, U.S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel: (202) 514-1944
Joseph.Borson@usdoj.gov

*Counsel for Defendants in their official capacities*

Respectfully submitted

By: /s/ Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Ave.,
Los Angeles, California 90071
Tel: (213) 229-7804
tboutrous@gibsondunn.com

Thomas H. Dupree, Jr. (D.C. Bar. No. 467195)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 955-8547
tdupree@gibsondunn.com

Anne Champion (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Tel: (212) 351-5361
achampion@gibsondunn.com

*Counsel for Plaintiff Brian Karem*

# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN J. KAREM,<br><br>    *Plaintiff*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; and JENNIFER PSAKI, in her official capacity as White House Press Secretary,<br><br>    *Defendants*. | Case No. 1:19-cv-2514-JMC |

**[PROPOSED] ORDER GRANTING PERMANENT INJUNCTION**

Pursuant to the terms of the Parties' Joint Stay Motion, Dkt. 37, in which the official-capacity defendants and the Plaintiff "agreed that should Plaintiff prevail on appeal . . . the Court may convert the preliminary injunction into a permanent injunction against the White House Press Secretary in her official capacity," and pursuant to the further agreement of the Parties as represented to the Court on April 8, 2021, Dkt. 43, and good cause appearing thereon and in the record, it is hereby **ORDERED** that:

(a) The preliminary and final decisions to suspend Plaintiff's Hard Pass, conveyed in letters to Plaintiff dated August 2, 2019, and August 16, 2019, filed at Dkt. Nos. 3-4 and 3-10, are hereby declared void and without force or effect;

(b) The Office of the White House Press Secretary is permanently enjoined from punishing Plaintiff for any reason related to any incident that allegedly occurred at the White House or in the White House Rose Garden on July 11, 2019, including through the suspension or revocation of Plaintiff's White House Hard Pass.

- 2 -

**SO ORDERED** this ___ day of _____ 2022.

                                                                        _____
                                                                         United States District Judge