UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIAN J. KAREM,

    *Plaintiff*,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; and JENNIFER PSAKI, in her official capacity as White House Press Secretary,

    *Defendants*.

Case No. 1:19-cv-2514-JMC

## ORDER GRANTING PERMANENT INJUNCTION

Pursuant to the terms of the Parties' Joint Stay Motion, Dkt. 37, in which the official-capacity defendants and the Plaintiff "agreed that should Plaintiff prevail on appeal . . . the Court may convert the preliminary injunction into a permanent injunction against the White House Press Secretary in her official capacity," and pursuant to the further agreement of the Parties as represented to the Court on April 8, 2021, Dkt. 43, and good cause appearing thereon and in the record, it is hereby **ORDERED** that:

(a) The preliminary and final decisions to suspend Plaintiff's Hard Pass, conveyed in letters to Plaintiff dated August 2, 2019, and August 16, 2019, filed at Dkt. Nos. 3-4 and 3-10, are hereby declared void and without force or effect;

(b) The Office of the White House Press Secretary is permanently enjoined from punishing Plaintiff for any reason related to any incident that allegedly occurred at the White House or in the White House Rose Garden on July 11, 2019, including through the suspension or revocation of Plaintiff's White House Hard Pass.

- 2 -

**SO ORDERED** this 10 day of May 2022.

>   _____
>   United States District Judge